The People of the State of New York, Respondent, 570334/18 
against
Ryan Quinlan, Defendant-Appellant. 18-189,



Defendant appeals from (1) a judgment of the Criminal Court of the City of New York, New York County (Ann E. Scherzer, J), rendered August 28, 2017, convicting him, upon a plea of guilty, of criminal contempt in the second degree, and imposing sentence, and (2) a judgment (same court and Judge), rendered August 28, 2017, convicting him, upon his plea of guilty, of disorderly conduct and imposing sentence.




Per Curiam.
Judgments of convictions (Ann E. Scherzer, J.), each rendered August 28, 2017, affirmed.
Defendant argues that his guilty plea to the charge of criminal contempt in the second degree was not knowing, voluntary and intelligent. Significantly, however, the only relief defendant requests is dismissal of the accusatory instrument rather than a remand for further proceedings, and he expressly requests this Court to affirm his conviction if it does not grant a dismissal. Since we are not prepared to dismiss an accusatory instrument charging, inter alia, endangering the welfare of a child, second-degree criminal contempt and resisting arrest, as requested by defendant, we affirm on this basis (see People v Conceicao, 26 NY3d 375, 385 n 1 [2015]; People v Teron, 139 AD3d 450 [2016]). In any event, we also find that defendant knowingly, voluntarily and intelligently entered his negotiated plea of guilty with the assistance of counsel, in exchange for a very favorable disposition.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 14, 2019